UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| **EDWARD C. KANE,** | ) | Bankruptcy No. 17-36496 |
| | ) | |
| | ) | |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

    The undersigned certifies that on June 12, 2018, I served by prepaid first class mail or via electronic service as indicated a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

**VIA ECF SERVICE**
Patrick S. Layng
US Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604

Gregory J. Martucci
203 E. Irving Park Road
Roselle, IL 60172
greg@martuccilaw.com

**VIA REGULAR MAIL**

| | | |
|---|---|---|
| Kane, Edward C. | Citibank, N.A. Citibank, N.A. | PYOD, LLC its successors and assigns as assigneeof Citibank, N.A. Resurgent Capital Services |
| 374 Sandhurst Circle, #4 | 701 East 60th Street North | |
| Glen Ellyn, IL  60137 | Sioux Falls, SD 57117 | PO Box 19008 |
| | | Greenville, SC 29602 |
| Discover Bank Discover Products | Distribution South Durham Inc | |
| PO Box 3025 | 510 Haggerty St., P.O. Box 534 | |
| New Albany, OH 43054-3025 | J2B 6W4 | |
| | Drummondville, CA | |

/s/ DAVID R. BROWN, TRUSTEE
DAVID R. BROWN, Trustee
300 S. County Farm Rd., Ste.I
Wheaton, IL 60187
(630) 510-0000