**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: KANE, EDWARD C.                §   Case No. 17-36496
                                      §
                                      §
                                      §
        Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

　　　　David R. Brown, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $3,108.44 | Assets Exempt: | $5,300.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $25,396.06 | Claims Discharged Without Payment: | $144,815.78 |
| Total Expenses of Administration: | $3,786.22 | | |

　　　　3) Total gross receipts of $31,523.84 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $2,341.56 (see **Exhibit 2**), yielded net receipts of $29,182.28 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $3,786.22 | $3,786.22 | $3,786.22 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $135,254.00 | $34,957.84 | $34,957.84 | $25,396.06 |
| **TOTAL DISBURSEMENTS** | $135,254.00 | $38,744.06 | $38,744.06 | $29,182.28 |

4) This case was originally filed under chapter 7 on 12/08/2017. The case was pending for 9 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/21/2018    By: /s/ David R. Brown
                          Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Whole Life Insurance Knights of Columbus 1 Columbus Plaza New Haven, CT 06510 #0100L13734 Surrender Value Policy #1: Son | 1129-000 | $9,899.51 |
| Whole Life Insurance Knights of Columbus 1 Columbus Plaza New Haven, CT 06510 #0101521589 Surrender Value Policy #2: Son | 1129-000 | $16,069.90 |
| Whole Life Insurance Knights of Columbus 1 Columbus Plaza New Haven, CT 06510 #0100G02287 Surrender Value Policy #3: Son | 1129-000 | $5,554.43 |
| **TOTAL GROSS RECEIPTS** | | **$31,523.84** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Edward C. Kane | | 8100-002 | $2,341.56 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$2,341.56** |

### EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - David R. Brown | 2100-000 | NA | $3,668.23 | $3,668.23 | $3,668.23 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $117.99 | $117.99 | $117.99 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $3,786.22 | $3,786.22 | $3,786.22 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank Discover Products Inc | 7100-000 | NA | $5,312.12 | $5,312.12 | $3,859.13 |
| 2 | Citibank, N.A. Citibank, N.A. | 7100-000 | NA | $6,127.86 | $6,127.86 | $4,451.75 |
| 3 | Distribution South Durham Inc | 7100-000 | NA | $18,966.00 | $18,966.00 | $13,778.36 |
| 4 | PYOD, LLC its successors and assigns as assigneeof Citibank, N.A. Resurgent Capital Services | 7100-000 | NA | $4,551.86 | $4,551.86 | $3,306.82 |
| N/F | AT&T Universal Card | 7100-000 | $6,127.00 | NA | NA | NA |
| N/F | Bank of America | 7100-000 | $5,033.00 | NA | NA | NA |
| N/F | Bank of America | 7100-000 | $300.00 | NA | NA | NA |
| N/F | Bank of America | 7100-000 | $4,308.00 | NA | NA | NA |
| N/F | Chase Bank | 7100-000 | $4,528.00 | NA | NA | NA |
| N/F | Chase Bank | 7100-000 | $4,126.00 | NA | NA | NA |
| N/F | Citi Cards | 7100-000 | $4,514.00 | NA | NA | NA |
| N/F | Discover | 7100-000 | $5,923.00 | NA | NA | NA |
| N/F | Fifth Third Bank | 7100-000 | $5,853.00 | NA | NA | NA |
| N/F | Fifth Third Bank | 7100-000 | $336.00 | NA | NA | NA |
| N/F | Fifth Third Bank | 7100-000 | $1,740.00 | NA | NA | NA |
| N/F | South Durham | 7100-000 | $18,966.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Southern Craft Mfg, Inc. | 7100-000 | $72,000.00 | NA | NA | NA |
| N/F | The Austin 1900 Building | 7100-000 | $1,500.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$135,254.00** | **$34,957.84** | **$34,957.84** | **$25,396.06** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 1

| Case No.: | 17-36496 | Trustee Name: | (330580) David R. Brown |
| --- | --- | --- | --- |
| Case Name: | KANE, EDWARD C. | Date Filed (f) or Converted (c): | 12/08/2017 (f) |
| | | § 341(a) Meeting Date: | 01/02/2018 |
| For Period Ending: | 08/21/2018 | Claims Bar Date: | 05/04/2018 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | 2006 GMC Savannah, 190,000 miles<br>Entire property value: $1,000.00 | 1,000.00 | 0.00 | | 0.00 | FA |
| 2 | Used Furniture | 300.00 | 0.00 | | 0.00 | FA |
| 3 | Old Television | 25.00 | 0.00 | | 0.00 | FA |
| 4 | Used Clothing | 200.00 | 0.00 | | 0.00 | FA |
| 5 | Business Checking: Chase Bank Glen Ellyn, IL #5158 | 93.22 | 0.00 | | 0.00 | FA |
| 6 | Business Checking: Fifth Third Bank Glen Ellyn, IL #9631 | 250.00 | 0.00 | | 0.00 | FA |
| 7 | Business Checking: Fifth Third Bank Glen Ellyn, IL #8722 | 47.00 | 0.00 | | 0.00 | FA |
| 8 | Checking: US Bank Glen Ellyn, IL #4518 | 93.22 | 0.00 | | 0.00 | FA |
| 9 | Apartment: Apartment Security Deposit | 1,000.00 | 0.00 | | 0.00 | FA |
| 10 | Whole Life Insurance Knights of Columbus 1 Columbus Plaza New Haven, CT 06510 #0100L13734 Surrender Value Policy #1: Son - Michael Kane, Daughter - Laura Kane | 9,839.00 | 0.00 | | 9,899.51 | FA |
| 11 | Whole Life Insurance Knights of Columbus 1 Columbus Plaza New Haven, CT 06510 #0101521589 Surrender Value Policy #2: Son - Michael Kane, Daughter - Laura Kane | 16,274.00 | 0.00 | | 16,069.90 | FA |
| 12 | Whole Life Insurance Knights of Columbus 1 Columbus Plaza New Haven, CT 06510 #0100G02287 Surrender Value Policy #3: Son - Michael Kane, Daughter - Laura Kane | 5,360.00 | 0.00 | | 5,554.43 | FA |
| 13 | Old Desktop Computer | 50.00 | 0.00 | | 0.00 | FA |
| 14 | Printer | 50.00 | 0.00 | | 0.00 | FA |
| 14 | Assets Totals (Excluding unknown values) | $34,581.44 | $0.00 | | $31,523.84 | $0.00 |

**Major Activities Affecting Case Closing:**

| Initial Projected Date Of Final Report (TFR): | 06/08/2018 | Current Projected Date Of Final Report (TFR): | 06/08/2018 (Actual) |
| --- | --- | --- | --- |

UST Form 101-7-TDR ( 10 /1/2010)

**Form 2**

Exhibit 9
Page: 1

## Cash Receipts And Disbursements Record

| Case No.: | 17-36496 | Trustee Name: | David R. Brown (330580) |
|---|---|---|---|
| Case Name: | KANE, EDWARD C. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***4150 | Account #: | ******8400 Checking |
| For Period Ending: | 08/21/2018 | Blanket Bond (per case limit): | $77,173,558.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/08/18 | {10} | Knights of Columbus | surrender of life insurance policy | 1129-000 | 9,899.51 | | 9,899.51 |
| 03/08/18 | {12} | Knights of Columbus | surrender of life insurance policy | 1129-000 | 6,554.43 | | 16,453.94 |
| 03/08/18 | {11} | Knights of Columbus | surrender of life insurance policy | 1129-000 | 16,069.90 | | 32,523.84 |
| 03/08/18 | {12} | Knights of Columbus | surrender insurance policy | 1129-000 | 5,554.43 | | 38,078.27 |
| 03/08/18 | {12} | Knights of Columbus | Deposit Reversal: surrender of life insurance policy | 1129-000 | -6,554.43 | | 31,523.84 |
| 03/21/18 | 101 | Edward C. Kane | | 8100-002 | | 2,341.56 | 29,182.28 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 31.40 | 29,150.88 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 40.53 | 29,110.35 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 46.06 | 29,064.29 |
| 07/09/18 | 102 | David R. Brown | Distribution payment - Dividend paid at 100.00% of $3,668.23; Claim # TR FEE; Filed: $3,668.23 | 2100-000 | | 3,668.23 | 25,396.06 |
| 07/09/18 | 103 | Discover Bank Discover Products Inc | Distribution payment - Dividend paid at 72.65% of $5,312.12; Claim # 1; Filed: $5,312.12 | 7100-000 | | 3,859.13 | 21,536.93 |
| 07/09/18 | 104 | Citibank, N.A. Citibank, N.A. | Distribution payment - Dividend paid at 72.65% of $6,127.86; Claim # 2; Filed: $6,127.86 | 7100-000 | | 4,451.75 | 17,085.18 |
| 07/09/18 | 105 | Distribution South Durham Inc | Distribution payment - Dividend paid at 72.65% of $18,966.00; Claim # 3; Filed: $18,966.00 | 7100-000 | | 13,778.36 | 3,306.82 |
| 07/09/18 | 106 | PYOD, LLC its successors and assigns as assigneeof Citibank, N.A. Resurgent Capital Services | Distribution payment - Dividend paid at 72.65% of $4,551.86; Claim # 4; Filed: $4,551.86 | 7100-000 | | 3,306.82 | 0.00 |
| | | **COLUMN TOTALS** | | | 31,523.84 | 31,523.84 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 31,523.84 | 31,523.84 | |
| | | Less: Payments to Debtors | | | | 2,341.56 | |
| | | **NET Receipts / Disbursements** | | | **$31,523.84** | **$29,182.28** | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 2

## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 17-36496 | **Trustee Name:** | David R. Brown (330580) | |
| **Case Name:** | KANE, EDWARD C. | **Bank Name:** | Rabobank, N.A. | |
| **Taxpayer ID #:** | **-***4150 | **Account #:** | ******8400 Checking | |
| **For Period Ending:** | 08/21/2018 | **Blanket Bond (per case limit):** | $77,173,558.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******8400 Checking | $31,523.84 | $29,182.28 | $0.00 |
| | **$31,523.84** | **$29,182.28** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)